**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Colleen Dagg and Kesan Johnson (deceased),
Defendants,

Of whom Colleen Dagg is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2024-000108

———————

Appeal From Horry County
Melissa M. Frazier, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-210
Submitted June 6, 2024 – Filed June 10, 2024

———————

**AFFIRMED**

———————

Melanie Carol Nicholson, of Law Office of Melanie C. Nicholson, of North Myrtle Beach, for Appellant.

William Evan Reynolds, of Kingstree, for Respondent.

Michael Julius Schwartz, of Russell B. Long, PA, of Myrtle Beach, for the Guardian ad Litem.

_____

**PER CURIAM:** Colleen Dagg appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Dagg's counsel.

**AFFIRMED.**[1]

**THOMAS, MCDONALD, and VERDIN, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.